UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Tony Shoemaker )
 )
B25360 )
_____ )
Plaintiff/Petitioner(s), )
 )
-vs- )  Case No. 06-536-DRH
 )
Donald A. Hulick, Warden )  (To be supplied by the Clerk)
 )
 )
_____ )
 )
_____ )
Defendant/Respondent(s). )

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Tony Shoemaker, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:    ( ) Civil Rights    (X) Habeas Corpus    ( ) Appeal

1. Are you presently employed?    Yes ( )    No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.    State Pay Only $10 per month

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.    Menard Clothing House $20 per month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( )    No (X)
   b. Rent payments, interest or dividends?    Yes ( )    No (X)
   c. Pensions, annuities or life insurance payments?    Yes ( )    No (X)
   d. Gifts or inheritances?    Yes ( )    No (X)
   e. Any other sources?    Yes ( )    No (X)

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

_N/A_

3. Do you own cash, or do you have money in a checking or savings account? Yes ( ) No ( ) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

_N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No ( ) If the answer is "yes", describe the property and state its approximate value.

_N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_self_

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes ( )   No (X)

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name:_____   Case Number:_____

   Court:_____   Date filed:_____

   Claims raised:_____ _N/A_ _____

   _____

   Result:_____

Rev. 2/00                           - 2 -

2. Case name:_____    Case Number:_____

   Court:_____    Date filed:_____

   Claims raised:_____
   _____

   Result:_____

3. Case name:_____    Case Number:_____

   Court:_____    Date filed:_____

   Claims raised:_____
   _____

   Result:_____

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

X  6-29-06                            Tony Shoemaker
   Date                               Signature of Plaintiff/Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SHOEMAKER )<br>)<br>Petitioner )<br>)<br>vs )<br>)<br>DONALD A. HULICK, Warden )<br>)<br>Respondent ) | Docket Number _____ |

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Petitioner, **Tony Shoemaker**, respectfully moves This Honorable Court to allow him to file the accompanying Petition For A Writ of Habeas Corpus in **forma pauperis** due to his indigency, without prepayment of filing fee or costs, because he is without funds, real or otherwise with which to pay by virtue of his incarceration and in support thereof states as follows:

1. That petitioner is an indigent person in the custody of the Illinois Department of Corrections at the Menard Correctional Center, under direct control of the Warden, who is currently Donald A. Hulick; and

2. That Menard Correctional Center is currently on lockdown status and has been since June 2, 2006, and that petitioner has only until June 30, 2006 to get this petition filed before being time-barred; and

3. That petitioner is currently confined in the Segregation Unit under Investigation status and has no access by which to go to Menard's Law Library and is without funds to hire counsel to pursue this matter or to pay costs in said proceedings and

-1-

further believes this cause will stand upon its own merits and that counsel should not be required; and

4. That petitioner verily believes that the record speaks for itself in this matter and that he is duly entitled to relief from an unjust and illegal conviction and sentence; and

5. That petitioner has attached his Affidavit stating his lack of funds and inability to prepay costs herein and has also requested a copy of his Inmate Trust Fund Account for the past six (6) months and will forward the same to This Court as quickly as it has been returned to petitioner, which will clearly show petitioner is an indigent person, living solely upon money earned while working, which at present he is not, and that he has no other income; and

6. That although the issues presented in the Habeas Petition are obvious, they should have been corrected in Illinois courts, but were not, even though it is apparent they do amount to constitutional violations of great importance.

WHEREFORE, petitioner Tony Shoemaker prays that he be granted leave to proceed in **forma pauperis** in this action, and further he asketh not at this time.

Respectfully Submitted,

*Tony Shoemaker*
Tony Shoemaker, #B-25560
P.O. Box 711
Menard, IL. 62259-0711

**CERTIFICATE OF VERIFICATION**

I, <u>Tony Shoemaker</u>, state and aver that the facts contained in the foregoing and attached instruments are true and correct and are

subject to the provisions of Section 1-109 of the Code of Civil Procedure.

Date: June 29, 2006

                                                      *Tony Shoemaker*
                                     Tony Shoemaker, #B-23560
                                        Petitioner pro se

-3-