

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

August 22, 2006

Mr. John M. Waters, Clerk
U. S. District Court Central District
Springfield Division
151 U.S. Courthouse, 600 Monroe St.
Springfield, IL , 62701



RE: Tony Shoemaker vs Menard Correctional Center
    Civil Case No. 06-536-DRH

Dear Clerk:

   On 8/18/06, an Order by the Honorable David R. Herndon, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court Central District of Illinois, Springfield Division.

   Enclosed are original documents 1 through 3. Also enclosed is a certified copy of the docket sheet. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is            and the password is          ". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

   Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

                                Sincerely,

                                Norbert G. Jaworski, Clerk

                                By:    s/Tamra Baugh
                                       Deputy Clerk

Enclosures

                                Receipt Acknowledged on: **8/25/06**
                                By:    **s/ C. Cathcart**
                                       **Deputy Clerk**

CV-18
(6/04)

CJRA_T, CLOSED, FILE_CREATED, HABEAS, KLH

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00536-DRH

Shoemaker v. Hulick
Assigned to: Judge David R Herndon
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/10/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Petitioner**

**Tony Shoemaker**  represented by  **Tony Shoemaker**
B-23560
Menard Correctional Center
P.O. Box 711
Menard, IL 62259-0711
US
PRO SE

V.

**Respondent**

**Donald A. Hulick**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2006 | 1 | PETITION for Writ of Habeas Corpus filed by Tony Shoemaker. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(bkl) (Entered: 07/10/2006) |
| 07/07/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by Tony Shoemaker. (bkl) (Entered: 07/10/2006) |
| 07/13/2006 | 3 | Prisoner Trust Fund Account Statement by Tony Shoemaker. (myz ) (Entered: 07/13/2006) |
| 07/20/2006 |  | USM 285 from Petitioner as to Respondents Donald A. Hulick and Atty. General. Placed in file. (bkl) (Entered: 07/20/2006) |
| 08/18/2006 | 4 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Central District of Illinois, Springfield Division. Signed by Judge David R Herndon on 8/18/06. (hbs) (Entered: 08/18/2006) |

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY: _____
Deputy Clerk
DATE: 8-22-06

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SHOEMAKER, Inmate #B23560, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-536-DRH |
| ) | |
| DONALD A. HULICK, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his May 2000 conviction for home invasion and criminal sexual assault, for which he is serving a 30-year sentence. Petitioner has moved the Court for leave to proceed *in forma pauperis*.

Petitioner was convicted in Morgan County, which is situated in the federal judicial district for the Central District of Illinois. 28 U.S.C. § 93(b). He is confined in this District in the Menard Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Central District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Central District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there, as may most of the participants in his trial. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of Illinois, Springfield Division, for a determination as to

whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

**DATED: August 18, 2006.**

/s/  David  RHerndon
**DISTRICT JUDGE**