E-FILED
Tuesday, 29 August, 2006  10:52:55 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

August 29, 2006

Tony Shoemaker
B-23560
Menard Correctional Center
P. O. Box 711
Menard, Illinois  62259

    RE:  Shoemaker v. Hulick
    CASE NO. IN Southern District of Illinois:  06-536-DRH
    CASE NO. IN Central District of Illinois:  06-3187

Dear Mr. Shoemaker:

    Pursuant to an Order of the Court, the above case has been transferred to the Springfield Division of the Central District of Illinois. All future pleadings should be filed with the Clerk in Springfield at the above address and should indicate the Central District of Illinois Civil Case Number only.

    When filing pleadings, please send an original and one copy of each pleading, if you wish to have a file-stamped copy returned to you, along with a self-addressed stamped envelope.

    Very truly yours,

    s/John M. Waters

    JOHN M. WATERS, CLERK
    U.S. DISTRICT COURT

JMW/cjc