IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY SHOEMAKER, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | )  No. 06-3187 |
| | ) |
| DONALD A. HULICK, Warden, | ) |
| Menard Correctional Center, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

RICHARD MILLS, U.S. District Judge:

This cause is before the Court on Petitioner Tony Shoemaker's Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915(a).

## FACTS

Shoemaker is an inmate at the Menard Correctional Center and he seeks to file a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Shoemaker wishes to file the writ *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a).

In his application to proceed without payment of fees, Shoemaker

1

states that he earns ten dollars a month. Shoemaker does not attach a copy of his inmate trust fund balance or provide other materials relevant to an IFP determination.

## ANALYSIS

The Court can authorize the commencement of any criminal or civil suit, or appeal therein, without prepayment of fees and costs or security therefor, by a person who makes an affidavit that he is unable to pay such costs or give security therefor. See 28 U.S.C. § 1915(a). However, leave to file *in forma pauperis* must only be granted where a petitioner supports his application with papers that satisfy 28 U.S.C. § 1915's requirements. See Williams v. State of Oklahoma, 399 F.Supp. 400, 402 (D.C.Okl. 1975). An affidavit to proceed *in forma pauperis* is inadequate when its averments are silent on inability to pay for costs or give security. See Evensky v. Wright, 45 F.R.D. 506, 509-10 (N.D.Miss. 1968).

In the instant case, Shoemaker's IFP application states that he earns ten dollars a month. Although this income is not substantial it clearly shows that Shoemaker can afford to pay the $5.00 filing fee required by Rule 3 of

the Rules Governing Section 2254 Cases.

ERGO, Petitioner Shoemaker's Application to Proceed *In Forma Pauperis* (d/e 2) is DENIED.  Shoemaker is ordered to pay the required filing fee by September 14, 2006.  If payment is not received by the clerk's office on or before that date, this case will be dismissed without further notice.

IT IS SO ORDERED.

ENTER:  August 31, 2006

FOR THE COURT:                s/ Richard Mills
                              United States District Judge

3