# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| TONY SHOEMAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 06-3187 |
| ) | |
| DONALD A. HULICK, Warden of ) | |
| Menard River Correctional Center, ) | |
| ) | |
| Respondent. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

This cause is before the Court pursuant to 28 U.S.C. § 2254. This is the initial consideration of Petitioner's petition. See Rules Governing § 2254 Proceedings for the United States District Courts, Rule 4(b). Upon review, the Court determines summary dismissal is not warranted.

Ergo, the Attorney General's Office is ordered to respond to the Petitioner's § 2254 petition by November 20, 2006, and to discuss the merits of his claim.

IT IS SO ORDERED.

ENTER: September 26, 2006

FOR THE COURT:

s/ Richard Mills
United States District Judge