E-FILED
Thursday, 05 October, 2006   08:40:11 AM
Clerk, U.S. District Court, ILCD

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

3. Article Addressed to:

Menard Correctional Center
Attn:   Warden
711 Kaskaskia Street
P. O. Box 711
Menard, Illinois   62259-0711

4a. Article Number
7099 3400 0016 0110 4524

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
10/2/06

5. Received By: *(Print Name)*
G- Young

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X [signature]

PS Form **3811,** December 1994                Domestic Return Receipt

Thank you for using Return Receipt Service.