**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| William Browers<br>Chief Assistant Attorney General<br>Criminal Appeal Bureau<br>100 West Randolph Street<br>12th Floor<br>Chicago, Illinois 60601 | 7099 3400 0016 0110 4531 |

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail  ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

RECEIVED 2006

5. Received By: *(Print Name)*
ATTORNEY GENERAL

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994    Domestic Return Receipt