AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Central _____ DISTRICT OF _____ Illinois

United States ex rel. TONY SHOEMAKER,

Petitioner,

vs.

DONALD HULICK, Warden

Respondent.

**APPEARANCE**

Case Number: 06-3187

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Respondent, Donald Hulick

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/31/2007 | s/ Eric M. Levin |
| Date | Signature |
| | Eric M. Levin — 6284971 |
| | Print Name — Bar Number |
| | 100 West Randolph Street, 12th Floor |
| | Address |
| | Chicago — IL — 60614 |
| | City — State — Zip Code |
| | (312) 814-8812 — (312) 814-2253 |
| | Phone Number — Fax Number |