**E-FILED**
Wednesday, 31 January, 2007  11:33:49 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| TONY SHOEMAKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3187 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed an APPEARANCE with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, using the CM/ECF system; and I hereby certify that on January 31, 2007, I mailed by United States Postal Service the above-referenced appearance to the following non-registered party:

Tony Shoemaker, B23560
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259

LISA MADIGAN
Attorney General of Illinois

By:    s/Eric M. Levin
ERIC M. LEVIN, Bar No. 6284971
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE: (312) 814-8812
FAX: (312) 814-2253
E-MAIL: elevin@atg.state.il.us