IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TONY SHOEMAKER, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 06-3187 |
| DONALD HULICK, Warden, Menard Correctional Center, | ) ) ) | The Honorable Richard Mills, |
| Respondent. | ) | Judge Presiding. |

## MOTION TO SUBSTITUTE COUNSEL

Respondent DONALD HULICK, by his attorney, LISA MADIGAN, Attorney General of Illinois, respectfully requests that this Court grant leave to substitute counsel in the above-captioned cause. In support, respondent states:

1. This is a habeas corpus case filed by a state prisoner.

2. Assistant Attorney General Colleen M. Griffin was assigned to represent the respondent and is currently counsel of record. She filed an answer to the petition for writ of habeas corpus on November 20, 2006. A motion for leave to file an amended answer, filed January 16, 2007, is currently pending.

3. Within the Illinois Attorney General's Office, this case has now been reassigned to Assistant Attorney General Eric M. Levin, who this day has filed an entry of appearance.

4.    Respondent therefore respectfully requests that this Court allow respondent to substitute Eric M. Levin as counsel of record, in place of Colleen M. Griffin.

        Respectfully submitted,

        LISA MADIGAN
        Attorney General of Illinois

By:    s/Eric M. Levin
        ERIC M. LEVIN, Bar No. 6284971
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        PHONE: (312) 814-8812
        FAX: (312) 814-2253
        E-MAIL: elevin@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2007, I electronically filed respondent's MOTION TO SUBSTITUTE COUNSEL with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, using the CM/ECF system; and I hereby certify that on January 31, 2007, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Tony Shoemaker, B23560
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259


LISA MADIGAN
Attorney General of Illinois


By:    s/Eric M. Levin
ERIC M. LEVIN, Bar No. 6284971
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE: (312) 814-8812
FAX: (312) 814-2253
E-MAIL: elevin@atg.state.il.us