To

    Whom it may concern. I am writing this letter to get the status on case 06-3187. I will be wating for your response patiently thank you for your time.

                              Tony Shoemaker B-23560
                              po box 711
                              menard il 62259

FILED
JAN 1 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS