# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TONY SHOEMAKER**

    vs.    Case Number: **06-3187**

**DONALD A. HULICK, Warden**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Opinion entered by the Honorable Richard Mills, Shoemaker's petition for habeas relief is DENIED.

ENTER this 9th day of June, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ C. Cathcart
_____
BY: DEPUTY CLERK