IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SHOEMAKER | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | 06-3187 |
| | ) | |
| DONALD HULICK, Warden | ) | |
| | ) | |
| Respondent | ) | |

**NOTICE OF APPEAL**

NOTICE IS HEREWITH GIVEN that Tony Shoemaker, pro se, petitioner in the above-captioned cause, respectfully appeals to the United States Court of Appeals for the Seventh Circuit from the Summary Dismissal of his Petition for a Writ of Habeas Corpus pursuant to Rule 4 of the Rules governing Section 2254 cases, which was entered June 9, 2008 by This Court.

Dated: June 20, 2008

Respectfully Submitted,

*Tony Shoemaker*
Tony Shoemaker, petitioner pro se
P.O. Box 711  B-23560
Menard, IL. 62259-0711