E-FILED
Thursday, 26 June, 2008  03:58:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SHOEMAKER | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | 06-3187 |
| | ) | |
| DONALD HULICK, Warden | ) | |
| | ) | |
| Respondent | ) | |

**PETITION FOR LEAVE TO FILE AND PROCEED ON APPEAL**

**IN FORMA PAUPERIS**

    I, Tony Shoemaker, respectfully move This Honorable Court for Leave To File the above-captioned cause in **Forma Pauperis** and state in support that such was allowed in all other proceedings in this, and the lower courts because of petitioner's verified indigency status because by virtue of the sentence and conviction and I have no funds, real or otherwise with which to pay any costs that may be incurred herein, nor with which to hire counsel to represent said cause, orprepay docket fees or any other costs.

    A copy of said Order already recognizing my indigency os on file in the Southern District Court and lower courts of Illinois, and I further state and aver that I truly believe I am entitled to the redress sought.

    I swear of affirm under penalty of perjury under United States laws and 28 U.S.C., section 1746 and 18 U.S.C., section 1621 that all I have stated herein is true and correct.

Dated: June 20, 2008

Respectfully Submitted,

*Tony Shoemaker*
Tony Shoemaker, petitioner pro se
P.O. Box 711    B-23560
Menard, IL. 62259-0711

```
STATE OF ILLINOIS    )
                     )...ss
COUNTY OF RANDOLPH   )
```

### AFFIDAVIT

I, Tony Shoemaker, Affiant herein, depose and state under penalty of perjury pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, that I am the named party in the above action and have read the above and accompanying documents by me prepared and that the information contained therein is true and correct to the best of my knowledge and belief.

Date: June 20, 2008.

*Tony Shoemaker*
Tony Shoemaker, Affiant pro se
P.O. Box 711   B-23560
Menard, IL. 62259-0711