E-FILED
Thursday, 26 June, 2008  04:15:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SHOEMAKER | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | 06-3187 |
| | ) | |
| DONALD HULICK, Warden | ) | |
| | ) | |
| Respondent | ) | |

FILED
JUN 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CIRCUIT RULE 3(c) DOCKETING STATEMENT**

Petitioner submits the following Docket Statement:

1. Petitioner's Complaint invoked the District Court's Federal Question of Jurisdiction under 28 U.S.C. Section 1391(b) and 28 U.S.C., Sections 1291 and 2253, conferring appellate jurisdiction on the Court of Appeals for the Seventh Circuit.

2. The review sought is the Summary Dismissal of the Federal Habeas Petition, entered June 9, 2008.

3. The timely Notice of Appeal is also attached hereto.

Dated: June 20, 2008

Respectfully Submitted,

*Tony Shoemaker*

Tony Shoemaker, petitioner pro se
P.O. Box 711  B-23560
Menard, IL. 62259-0711