E-FILED
Thursday, 26 June, 2008 04:22:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY SHOEMAKER | ) |
| Petitioner | ) |
| vs. | ) 06-3187 |
| DONALD HULICK, Warden | ) |
| Respondent | ) |

FILED
JUN 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PROOF / CERTIFICATE OF SERVICE

To: Honorable Pamela E. Robinson, Clerk, U.S. District Court, Central District of Illinois, 600 E. Monroe-Room 151, Springfield, IL. 62701; and

copy to: Lisa Madigan, Attorney General of Illinois, 100 West Randolph Street, Chicago, Illinois 60601.

PLEASE TAKE NOTICE that on June 20, 2008, I have placed my Notice of Appeal, accompanying Application For Certificate of Appealability, Affidavit, and Docketing Statement, along with Motion To File Appeal in Forma Pauperis, all in the United States Mail Box at the Menard Correctional Center, postage prepaid for mailing as addressed above, through the U.S. Postal Service.

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, petitioner declares under penalty of perjury that he is the named party in the above action and has read th above document by him prepared and that the information contained therein is true and correct to the best of his knowledge and belief.

Date: June 20, 2008.

*Tony Shoemaker*
Tony Shoemaker, petitioner pro se
P.O. Box 711  B-23560
Menard, IL. 62259-0711