E-FILED
Monday, 07 July, 2008  01:56:34 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

PAMELA E. ROBINSON
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL:  217.492.4020
FAX:  217.492.4028

### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

July 7, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ANDY KOHN

RE:  Shoemaker  v.  Hulick
D. C. Docket No.  06-3187
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volume of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:   s/  C. Cathcart
Deputy Clerk

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CIVIL DOCKET FOR CASE #: 3:06-cv-03187-RM
### *Internal Use Only*

Shoemaker v. Hulick
Assigned to: Judge Richard Mills
Case in other court:     SDIL,
                 06-00536-DRH
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/25/2006
Date Terminated: 06/09/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Tony Shoemaker**

represented by **Tony Shoemaker**
B23560
MENARD
Menard Correctional Center
Inmate Mail/Parcels
PO Box 711
Menard, IL 62259
618-826-5071
PRO SE

V.

**Respondent**

**Donald A Hulick**

represented by **Eric M Levin**
ILLINOIS ATTORNEY GENERAL
12th Floor
100 W Randolph St
Chicago , IL 60601
312-814-8812
Fax: 312-814-2253
Email: elevin@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen M Griffin**
ILLINOIS ATTORNEY GENERAL
12th Floor
100 W Randolph St
Chicago , IL 60601
312-814-4684
Fax: 312-814-5166
Email: cgriffin@atg.state.il.us
*TERMINATED: 02/14/2007*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/07/2006 | 1 | | PETITION for Writ of Habeas Corpus filed by Tony Shoemaker. (Attachments: #1 Exhibit 1, #2 Exhibit 2)(CC, ilcd) (Entered: 08/29/2006) |
| 07/07/2006 | 2 | | MOTION for Leave to Proceed in forma pauperis by Petitioner Tony Shoemaker. (CC, ilcd) (Entered: 08/29/2006) |
| 08/25/2006 | 5 | | Case transferred in from Southern District of Illinois; Case Number 06−536−DRH. Original file with documents numbered 1−4, certified copy of transfer order and docket sheet received.(CC, ilcd) (Entered: 08/29/2006) |
| 08/29/2006 | 6 | | Letter from Clerk notifying Petitioner of new case number in CDIL (CC, ilcd) (Entered: 08/29/2006) |
| 08/31/2006 | 7 | 4 | ORDER. Petitioner Shoemaker's Application to Proceed In Forma Pauperis 2 is DENIED. Shoemaker is ordered to pay the required filing fee by 9/14/2006. If payment is not received by the clerk's office on or before that date, this case will be dismissed without further notice. Entered by Judge Richard Mills on 8/31/06. (CC, ilcd) (Entered: 08/31/2006) |
| 09/14/2006 | | | Filing fee: $ 5.00, receipt number S008023 (GU, ilcd) (Entered: 09/14/2006) |
| 09/27/2006 | 8 | 7 | ORDER: The Attorney General's Office is ordered to respond to the Petitioner's Section 2254 petition by November 20, 2006, and to discuss the merits of his claim. Entered by Judge Richard Mills on 9/26/06. (CC, ilcd) (Entered: 09/27/2006) |
| 09/29/2006 | | | Remark: Copy of file and docket sheet mailed to Respondent and William Browers (CC, ilcd) (Entered: 09/29/2006) |
| 10/04/2006 | 9 | | Certified Return Receipt from Menard Correctional Center; date of delivery 10/2/06 (CC, ilcd) (Entered: 10/05/2006) |
| 10/11/2006 | 10 | | Certified Return Receipt from William Browers; date of delivery 10/4/06 (CC, ilcd) (Entered: 10/12/2006) |
| 11/20/2006 | 11 | 8 | ANSWER to Complaint by Respondent Donald A Hulick. (Attachments: #1 #2 #3 #4 #5 #6 #7 #8 #9 #10 #11 #12 #13 #14 #15 #16 #17 #18 #19 #20)(Griffin, Colleen) (Entered: 11/20/2006) |
| 12/04/2006 | 12 | | Response by Petitioner Tony Shoemaker to Respondent's Answer 11 (CC, ilcd) (Entered: 12/04/2006) |
| 01/16/2007 | 13 | 260 | MOTION for Leave to File *amended answer* by Respondent Donald A Hulick.Responses due by 1/30/2007 (Attachments: #1 #2 #3 #4 #5 #6 #7)(Griffin, Colleen) (Entered: 01/16/2007) |
| 01/31/2007 | 14 | | NOTICE of Appearance of Attorney by Eric M Levin on behalf of Donald A Hulick (Levin, Eric) (Entered: 01/31/2007) |
| 01/31/2007 | 15 | | |

| | | | |
|---|---|---|---|
| | | | CERTIFICATE of Service/Counsel re 14 Notice of Appearance of Attorney by Eric M Levin on behalf of Donald A Hulick (Levin, Eric) (Entered: 01/31/2007) |
| 01/31/2007 | 16 | | MOTION to Substitute Attorney, Colleen M. Griffin to be replaced by Eric M. Levin, by Respondent Donald A Hulick.Responses due by 2/20/2007 (Levin, Eric) (Entered: 01/31/2007) |
| 02/14/2007 | | | TEXT ORDER: Respondent's Motion for Leave to File an Amended Answer (d/e 13) and Motion to Substitute Attorney (d/e 16) are ALLOWED. Entered by Judge Richard Mills on 2/14/07. (CC, ilcd) (Entered: 02/14/2007) |
| 01/16/2008 | 17 | | Letter from Petitioner Tony Shoemaker requesting status of case (CC, ilcd) (Entered: 01/18/2008) |
| 06/09/2008 | 18 | 337 | OPINION. Shoemaker's petition for habeas relief 1 is DENIED. Entered by Judge Richard Mills on 6/6/2008. (CC, ilcd) (Entered: 06/09/2008) |
| 06/09/2008 | 19 | 357 | JUDGMENT entered denying Petitioner's petition for habeas relief (CC, ilcd) (Entered: 06/09/2008) |
| 06/25/2008 | 20 | 358 | NOTICE OF APPEAL as to 18 Order on Petition for Writ of Habeas Corpus (2241 &2254) by Petitioner Tony Shoemaker. (CC, ilcd) (Entered: 06/26/2008) |
| 06/25/2008 | 21 | | MOTION for Leave to Appeal in forma pauperis by Petitioner Tony Shoemaker. Responses due by 7/14/2008 (CC, ilcd) (Entered: 06/26/2008) |
| 06/25/2008 | 22 | 359 | MOTION for Certificate of Appealability by Petitioner Tony Shoemaker. Responses due by 7/14/2008 (CC, ilcd) (Additional attachment(s) added on 6/26/2008: # 1 Application for a Certificate of Appealability) (CC, ilcd). (Entered: 06/26/2008) |
| 06/25/2008 | 23 | 367 | Circuit Rule 3(c) Docketing Statement by Petitioner Tony Shoemaker re 20 Notice of Appeal (CC, ilcd) (Entered: 06/26/2008) |
| 06/25/2008 | 24 | | CERTIFICATE OF SERVICE by Petitioner Tony Shoemaker re 22 MOTION for Certificate of Appealability, 23 Jurisdictional Statement, 21 MOTION for Leave to Appeal in forma pauperis, 20 Notice of Appeal (CC, ilcd) (Entered: 06/26/2008) |
| 06/27/2008 | 25 | | Short Record of Appeal Sent to US Court of Appeals re 20 Notice of Appeal (CC, ilcd) (Entered: 06/27/2008) |
| 07/03/2008 | 26 | 368 | OPINION. Shoemaker's motion for a COA 22 is DENIED, as is his motion for leave to appeal in forma pauperis 21 . Entered by Judge Richard Mills on 7/3/2008.(copy mailed to USCA) (CC, ilcd) (Entered: 07/03/2008) |