E-FILED
Tuesday, 08 July, 2008  11:46:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Dirksen Federal Building | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF DOCKETING - Short Form

July 7, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2677
>
> Caption:
> TONY SHOEMAKER,
> Petitioner - Appellant
>
> v.
>
> DONALD A. HULICK, Warden,
> Respondent - Appellee
>
> District Court No: 3:06-cv-03187-RM
> District Judge Richard Mills
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 06/25/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)