E-FILED
Thursday, 17 July, 2008 10:53:43 AM
Clerk, U.S. District Court, ILCD



FILED

JUL 16 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL:  217.492.4020
FAX:  217.492.4028

**OFFICE OF THE CLERK**
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

July 7, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ANDY KOHN

08-2677

RE:  Shoemaker v. Hulick
D. C. Docket No.  06-3187
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volume of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

U.S.C.A. — 7th Circuit
FILED

JUL 17 2008 SK

GINO J. AGNELLO
CLERK

BY:  ___s/ C. Cathcart_____
      Deputy Clerk